**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **MAINALI CORPORATION** § <br>     Plaintiff, § <br> § <br> VS. § <br> §     **CIVIL ACTION NO.** <br> **COVINGTON SPECIALTY INSURANCE** §     **3:15-cv-01087-D** <br> **COMPANY, ENGLE MARTIN &** § <br> **ASSOCIATES, INC., AND** § <br> **LYNN SUMMERS** § <br>     Defendants. | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE COURT:

Defendants Covington Specialty Insurance Company ("Covington"), Engle Martin & Associates, Inc. ("Engle Martin"), and Lynn Summers[1] file this Motion for Summary Judgment and hereby move this Court for summary judgment pursuant to Fed. R. Civ. P. 56(c) on the grounds set forth below and more fully set forth in the accompanying Brief in Support of Defendants' Motion for Summary Judgment, and would show the court the following:

### I.   SUMMARY

Defendants seek a ruling that Covington's timely payment of the Appraisal Award constitutes policy compliance and precludes Plaintiff from prevailing on its contractual and extra-contractual claims as a matter of law.  Defendants are seeking a final summary judgment. In the alternative, to the extent that this Court finds that a fact issue exists as to any ground(s) for summary judgment, Defendants are seeking partial summary judgment on all remaining grounds.

---

[1] By order dated August 31, 2015 [Docket No. 21], this Court found Defendant Lynn Summers was improperly joined.  Accordingly, the claims against the improperly joined Defendant Summers should be dismissed as a matter of law.

WHEREFORE, Defendants respectfully request that this Court enter summary judgment against Plaintiff.

> Respectfully submitted,
>
> /s/ Harrison H. Yoss
> Harrison H. Yoss
> State Bar No. 22169030
> Daniel P. Buechler
> State Bar No. 24047756
>
> THOMPSON, COE, COUSINS & IRONS, L.L.P.
> 700 N. Pearl Street, 25th Floor
> Dallas, Texas 75201
> Telephone: (214) 871-8200
> Facsimile: (214) 871-8209
> Email: hyoss@thompsoncoe.com
>       dbuechler@thompsoncoe.com
> **COUNSEL FOR DEFENDANTS**
> **COVINGTON SPECIALTY INSURANCE**
> **COMPANY, ENGLE MARTIN &**
> **ASSOCIATES, INC., AND LYNN SUMMERS**

## CERTIFICATE OF SERVICE

I hereby certify that on July 8th, 2016, I served the following document on counsel via electronic notice:

Jeffrey L. Raizner
Andrew P. Slania
Amy B. Hargis
RAIZNER SLANIA, LLP
2402 Dunlavy Street
Houston, Texas 77006

And

Luke Metzler
Miller Weisbrod, LLP
11551 Forest Central Dr., Suite 300
Dallas, TX 75243

**COUNSEL FOR PLAINTIFF**

> /s/Harrison H. Yoss
> Harrison H. Yoss