IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MAINALI CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:15-CV-1087-D |
| VS. | § | |
| | § | |
| COVINGTON SPECIALTY INSURANCE | § | |
| COMPANY, et al., | § | |
| | § | |
| Defendants. | § | |

## **JUDGMENT**

For the reasons set out in a memorandum opinion and order filed today, it is ordered and adjudged that plaintiff's action is dismissed with prejudice.

Defendants' taxable costs of court, as calculated by the clerk of court, are assessed against plaintiff.

Done at Dallas, Texas March 3, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE