IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-10350
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit
**FILED**
September 21, 2017
Lyle W. Cayce
Clerk

D.C. Docket No. 3:15-CV-1087

MAINALI CORPORATION,

    Plaintiff - Appellant

v.

COVINGTON SPECIALTY INSURANCE COMPANY; ENGLE MARTIN & ASSOCIATES, INCORPORATED; LYNN SUMMERS,

    Defendants - Appellees

Appeal from the United States District Court for the
Northern District of Texas, Dallas

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.



**Certified as a true copy and issued
as the mandate on Oct 13, 2017**

Attest:
**Clerk, U.S. Court of Appeals, Fifth Circuit**

## *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 13, 2017

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 17-10350   Mainali Corporation v. Covington Specialty
                           Ins Co., et al
                           USDC No. 3:15-CV-1087

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Renee S. McDonough, Deputy Clerk
                           504-310-7673

cc:
    Mr. Wade Crosnoe
    Mr. Khagendra Gharti Chhetry
    Mr. Harrison Henry Yoss